# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                Case No. 8:12-CR-145-T-27TGW

BONTENA MILES
_____/

## ORDER

**BEFORE THE COURT** is correspondence from Defendant challenging application of USSG § 2D1.1(b)(1) (dangerous weapon) to his guidelines calculation (Dkt. 129). Since the construed motion collaterally attacks his sentence, the motion is **DISMISSED** for lack of jurisdiction. The proper vehicle for collaterally attacking his sentence is by motion under 28 U.S.C. § 2255. Defendant has already filed a § 2255 motion, which was dismissed as time barred (see Case No. 8:14-cv-1482-T-27TGW, Dkt. 87). And the Eleventh Circuit denied his application to file a successive motion (Dkt. 122). To the extent, therefore, he seeks collateral relief, he must obtain authorization to file a successive §2255 motion from the Eleventh Circuit Court of Appeals.[1]

**DONE AND ORDERED** this 12th day of August, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Defendant, Counsel of Record

---

[1] Defendant's motion for sentence reduction under the First Step Act (Dkt. 127) remains pending.